JULIA SHERWIN (State Bar No. 189268)
MICHAEL J. HADDAD (State Bar No. 189114)
HADDAD & SHERWIN
505 Seventeenth Street
Oakland, California 94612
Telephone: (510) 452-5500
Fax: (510) 452-5510

JOHN L. BURRIS (State Bar No. 69888)
LAW OFFICES OF JOHN L. BURRIS
7677 Oakport Street, Suite 1120
Oakland, CA 94621
Telephone: (510) 839-5200
Fax: (510) 839-3882

Attorneys for Plaintiffs

DENNIS J. HERRERA (State Bar No. 139669)
City Attorney
DAVID B. NEWDORF (State Bar No. 172960)
Deputy City Attorney
Fox Plaza
1390 Market Street, Sixth Floor
San Francisco, California 94102-5408
Telephone: (415) 554-3892
Facsimile: (415) 554-3837

Attorneys for Defendants

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARIE DOE, a minor, through her mother and Next Friend, MELBA DOE, on behalf of herself and all others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>CITY AND COUNTY OF SAN FRANCISCO, et al.,<br><br>Defendants. | No. C-04-4914 MJJ<br><br>**STIPULATION TO CONTINUE MOTION FOR CLASS CERTIFICATION;** ~~(PROPOSED)~~ **ORDER** |

Pursuant to instruction by the Court's courtroom deputy, the parties, by and through their respective attorneys, submit this stipulated request to continue the motion for class certification in this matter, pursuant to Civil L.R. 6-1(b), and 6-2, as follows:

No. C-04-4914 MJJ: STIPULATION TO CONTINUE MOTION FOR CLASS CERTIFICATION; (~~PROPOSED~~) ORDER    1

The parties previously submitted a stipulation and proposed order to continue the trial and pretrial dates in this matter. This Court granted the parties' request, but kept the notation that the motion for class certification hearing would be May 9, 2006, the previously ordered date. The parties had jointly requested that the motion for class certification be heard October 10, 2006.

The parties jointly request that the motion for class certification be heard October 10, 2006, as previously stipulated. This hearing schedule will give the parties time to complete necessary discovery and preparation for the motion.

So stipulated:

DATED: March 28, 2006

DENNIS HERRERA
City Attorney


/s/_____
DAVID NEWDORF
Attorneys for Defendants

DATED: March 28, 2006

HADDAD & SHERWIN


/s/_____
JULIA SHERWIN
Attorneys for Plaintiffs

*I hereby attest that I have on file all holograph signatures for any signatures indicated by a "conformed" signature (/s/) within this e-filed document.*

Dated: March 28, 2006.

/s/_____
JULIA SHERWIN

No. C-04-4914 MJJ: STIPULATION TO CONTINUE MOTION FOR CLASS CERTIFICATION; (PROPOSED) ORDER   2

# ORDER

Good cause appearing, the stipulation is so ordered. The hearing on Plaintiff's motion for class certification shall be ~~October 10, 2006~~ October 24, 2006, with the motion and briefs filed pursuant to the Local Rules in advance of that date.

So Ordered.

Dated: 4/10/2006

_____
The Honorable Martin J. Jenkins
U.S. District Court Judge