**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DOE ET AL,<br><br>    Plaintiff,<br><br>  v.<br><br> CITY AND COUNTY OF SAN FRANCISCO ET AL,<br><br>    Defendant.           / | No. C04-04914 MJJ<br><br>**ORDER RE PLAINTIFF'S MOTION FOR ADMINISTRATIVE RELIEF CONTINUING DEFENDANTS' MOTION FOR SUMMARY JUDGMENT** |

Pending before the Court is Plaintiff's Motion for Administrative Relief Continuing Defendants' Motion for Summary Judgment (Doc. #70). The Court has considered the parties' respective positions on the appropriate time for hearing Defendants' Motion for Summary Judgment, and agrees with Plaintiff that such a Motion is premature at this juncture in the case and discovery process and that it does not need to be heard concurrent with Plaintiff's Motion for Class Certification. Accordingly, the Court **DENIES WITHOUT PREJUDICE** Defendant's Motion for Summary Judgment.

**IT IS SO ORDERED.**

Dated: 9/29/2006

MARTIN J. JENKINS
UNITED STATES DISTRICT JUDGE