JULIA SHERWIN (State Bar No. 189268)
MICHAEL J. HADDAD (State Bar No. 189114)
HADDAD & SHERWIN
505 Seventeenth Street
Oakland, California 94612
Telephone: (510) 452-5500
Fax: (510) 452-5510

JOHN L. BURRIS (State Bar No. 69888)
LAW OFFICES OF JOHN L. BURRIS
7677 Oakport Street, Suite 1120
Oakland, CA 94621
Telephone: (510) 839-5200
Fax: (510) 839-3882

Attorneys for Plaintiffs

DENNIS J. HERRERA (State Bar No. 139669)
City Attorney
DAVID B. NEWDORF (State Bar No. 172960)
Deputy City Attorney
ROBERT A. BONTA (State Bar No. 202668)
Deputy City Attorney
Fox Plaza
1390 Market Street, Sixth Floor
San Francisco, California 94102-5408
Telephone: (415) 554-3892
Facsimile: (415) 554-3837

Attorneys for Defendants

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

MARIE DOE, a minor, through her mother and Next Friend, MELBA DOE, on behalf of herself and all others similarly situated,

    Plaintiff,

vs.

CITY AND COUNTY OF SAN FRANCISCO, et al.,

    Defendants.

No. C-04-4914 MJJ

**STIPULATED REQUEST TO AMEND PRETRIAL ORDER AFTER STATUS CONFERENCE; (PROPOSED) ORDER**

The parties, by and through their respective attorneys, submit this stipulated request to amend the pretrial order in this matter, pursuant to Civil L.R. 6-1(b), and 6-2, following the Telephone Status Conference with the Court on December 12, 2006, as follows:

No. C-04-4914 MJJ: STIPULATED REQUEST TO AMEND PRETRIAL ORDER AFTER STATUS CONFERENCE; (PROPOSED) ORDER     1

The parties stipulate and agree to the following dates:

- Hearing on all dispositive motions: May 22, 2007, at 9:30 a.m., with filing and briefing to correspond to that date pursuant to Civil L.R. 7-7(d);
- The parties shall request a new settlement conference date from Magistrate Judge James to take place after the summary judgment hearing, during the week of June 11, 2007, if possible;
- Exchange experts' reports [no separate expert designation]: May 25, 2007;
- Exchange supplemental experts' reports: June 8, 2007;
- Expert discovery cutoff: June 22, 2007;
- Pretrial conference: July 10, 2007, at 3:30 p.m.;
- Trial: July 30, 2007, at 8:30 a.m. Trial is estimated to last five court days.

Plaintiff shall take the depositions of the following witnesses with the following time limitations on their testimony:

Defendant (SFPD) Sgt. Albert Lee, two hours;

Defendant SFPD Officer Frances Terry (#1770), two hours;

Defendant SFPD Officer Deborah Neil, two hours;

SF Juvenile Hall counselor Jasiri Mshauri, one hour;

SF Juvenile Hall counselor Lisa Moore, one hour.

Based upon all of the aforementioned stipulations, and in the event this Court grants same, Plaintiff agrees not to file a renewed motion for class certification in this matter.

No. C-04-4914 MJJ: STIPULATED REQUEST TO AMEND PRETRIAL ORDER AFTER STATUS CONFERENCE; (▬▬▬) ORDER  2

So stipulated:

DATED: December 15, 2006         DENNIS HERRERA
City Attorney

/s/_____
ROBERT A. BONTA
Attorneys for Defendants

DATED: December 12, 2006         HADDAD & SHERWIN

/s/_____
JULIA SHERWIN
Attorneys for Plaintiffs

*I hereby attest that I have on file all holograph signatures for any signatures indicated by a "conformed" signature (/s/) within this e-filed document.*

Dated: December 15, 2006.

/s/_____
JULIA SHERWIN

No. C-04-4914 MJJ: STIPULATED REQUEST TO AMEND PRETRIAL ORDER AFTER STATUS CONFERENCE; (PROPOSED) ORDER

3

## **ORDER**

Good cause appearing, the stipulation is so ordered. The trial and pretrial dates are continued pursuant to the parties' stipulation. Briefing on dispositive motions shall be in accordance with the new hearing date, pursuant to Civil L.R. 7-7(d).

So Ordered.

Dated: 12/21/2006

_____
The Honorable Martin J. Jenkins
U.S. District Court Judge