IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

MARIE DOE, et al

Plaintiff(s),

v.

CITY AND COUNTY OF SAN FRANCISCO, et al.,

Defendant(s).

_____/

No. C 04-4914 **MJJ**

**CLERK'S NOTICE TERMINATING PENDING MOTIONS**

YOU ARE NOTIFIED THAT Docket Nos. 58, 70 and 75, are deemed moot and terminated, in light of Docket No. 83.

Dated: April 18, 2007

FOR THE COURT,

Richard W. Wieking, Clerk

By: *[signature]*
_____
Edward Butler
Courtroom Deputy