1  JULIA SHERWIN (State Bar No. 189268)
   MICHAEL J. HADDAD (State Bar No. 189114)
2  HADDAD & SHERWIN
   505 Seventeenth Street
3  Oakland, California 94612
   Telephone: (510) 452-5500
4  Fax: (510) 452-5510

5  JOHN L. BURRIS (State Bar No. 69888)
   LAW OFFICES OF JOHN L. BURRIS
6  7677 Oakport Street, Suite 1120
   Oakland, CA 94621
7  Telephone: (510) 839-5200
   Fax: (510) 839-3882
8
   Attorneys for Plaintiffs
9

10 DENNIS J. HERRERA (State Bar No. 139669)
   City Attorney
11 DAVID B. NEWDORF (State Bar No. 172960)
   Deputy City Attorney
12 Fox Plaza
   1390 Market Street, Sixth Floor
13 San Francisco, California 94102-5408
   Telephone: (415) 554-3892
14 Facsimile: (415) 554-3837

15 Attorneys for Defendants

16                 **UNITED STATES DISTRICT COURT**
                   **NORTHERN DISTRICT OF CALIFORNIA**
17

18 MARIE DOE, a minor, through her mother and    )
   Next Friend, MELBA DOE, on behalf of          )   No. C-04-4914 MJJ
19 herself and all others similarly situated,    )
                                                 )   **STIPULATION (AND**
20              Plaintiff,                       )   **PROPOSED ORDER) TO**
                                                 )   **REINSTATE CASE FOR**
21 vs.                                           )   **PLAINTIFF TO SEEK**
                                                 )   **APPROVAL OF MINOR'S**
22 CITY AND COUNTY OF SAN FRANCISCO,             )   **COMPROMISE**
   et al.,                                       )
23                                               )
                Defendants.                      )
24 _____       )

25         The parties, by and through their respective attorneys, hereby stipulate to

26 reinstating this case, pursuant to Civil L.R. 7-11, so that the minor Plaintiff may seek court

27 approval of the compromise of her claim.

28
   No. C-04-4914 MJJ: STIPULATION TO REINSTATE CASE FOR PLAINTIFF TO SEEK APPROVAL OF MINOR'S
   COMPROMISE                                                                                  1

So stipulated:

DATED: August 15, 2007        DENNIS HERRERA
                              City Attorney


                              /s/_____
                              DAVID NEWDORF
                              ROBERT BONTA
                              Attorneys for Defendants

DATED: August 6, 2007


                              HADDAD & SHERWIN



                              /s/_____
                              JULIA SHERWIN
                              Attorneys for Plaintiffs


*I hereby attest that I have on file all holograph signatures for any signatures indicated by a "conformed" signature (/s/) within this e-filed document.*


Dated: August 20, 2007



                              /s/_____
                                  JULIA SHERWIN


By stipulation of the parties, it is SO ORDERED.



Dated:  8/21/07               _____
                              UNITED STATES DISTRICT JUDGE

No. C-04-4914 MJJ: STIPULATION TO REINSTATE CASE FOR PLAINTIFF TO SEEK APPROVAL OF MINOR'S COMPROMISE                                                                                      2