1  JULIA SHERWIN  (State Bar No. 189268)
   MICHAEL J. HADDAD (State Bar No. 189114)
2  HADDAD & SHERWIN
   505 Seventeenth Street
3  Oakland, California  94612
   Telephone: (510) 452-5500
4  Fax: (510) 452-5510

5  JOHN L. BURRIS (State Bar No. 69888)
   LAW OFFICES OF JOHN L. BURRIS
6  7677 Oakport Street, Suite 1120
   Oakland, CA  94621
7  Telephone: (510) 839-5200
   Fax: (510) 839-3882
8
   Attorneys for Plaintiffs
9

10 DENNIS J. HERRERA (State Bar No. 139669)
   City Attorney
11 DAVID B. NEWDORF (State Bar No. 172960)
   Deputy City Attorney
12 Fox Plaza
   1390 Market Street, Sixth Floor
13 San Francisco, California 94102-5408
   Telephone:  (415) 554-3892
14 Facsimile:  (415) 554-3837

15 Attorneys for Defendants

16                    **UNITED STATES DISTRICT COURT**
                     **NORTHERN DISTRICT OF CALIFORNIA**
17

18 MARIE DOE, a minor, through her mother and    )
   Next Friend, MELBA DOE, on behalf of          )   No. C-04-4914 MJJ
   herself and all others similarly situated,    )
19                                               )
                                                 )   **(PROPOSED) ORDER**
20                Plaintiff,                     )   **APPROVING MINOR'S**
                                                 )   **COMPROMISE**
21 vs.                                           )
                                                 )
22 CITY AND COUNTY OF SAN FRANCISCO,             )
   et al.,                                      )
23                                               )
                  Defendants.                    )
24                                               )

25         The Court, having reviewed the submissions of Plaintiff seeking approval of the

26 minor's compromise and the record in this matter, hereby determines the proposed minor's

27 compromise to be in the interests of the Minor Plaintiff as proposed.

28

   No. C-04-4914 MJJ:  (PROPOSED) ORDER APPROVING MINOR'S COMPROMISE                    1

Not more than ten days after entry of this Order, Defendants shall cause to be issued a check made payable to "Haddad & Sherwin Attorney Client Trust Account" in the amount of $35,000, from which the following disbursements shall be made:

- $16,693.76 to Haddad & Sherwin as reimbursement of case costs incurred;
- $4,576.56 to Haddad & Sherwin as attorneys' fees;
- $3,000.00 to Melba Doe, for the benefit of Marie Doe;
- $10,729.68 to Wells Fargo Bank, for the benefit of Marie Doe, to be distributed to Marie Doe, with interest then accrued, on her 18th birthday.

*It is SO ORDERED.*

Dated:  9/7/07



No. C-04-4914 MJJ:  (PROPOSED) ORDER APPROVING MINOR'S COMPROMISE                 2