```
1  DENNIS J. HERRERA, State Bar #139669
   City Attorney
2  JOANNE HOEPER, State Bar #114961
   Chief Trial Attorney
3  DAVID B. NEWDORF, State Bar #172960
   ROBERT A. BONTA, State Bar# 202668
4  Deputy City Attorneys
   Fox Plaza
5  1390 Market Street, Sixth Floor
   San Francisco, California 94102-5408
6  Telephone:    (415) 554-3892
   Facsimile:    (415) 554-3837
7  E-Mail:       david.newdorf@sfgov.org

8
   Attorneys for Defendants
9  CITY AND COUNTY OF SAN FRANCISCO,
   JUVENILE PROBATION DEPARTMENT, TIM DIESTEL,
10 OFFICER JACQUELINE SELINGER, OFFICER F. TERRY (#1770),
   SGT. A. LEE, SGT. S. THORNE, and OFFICER D. NEIL
11
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARIE DOE, a minor, through her mother and Next Friend, MELBA DOE, on behalf of herself and all others similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>CITY AND COUNTY OF SAN FRANCISCO, a public entity, the JUVENILE PROBATION DEPARTMENT OF THE CITY AND COUNTY OF SAN FRANCISCO, a department of the City and County of San Francisco, TIM DIESTEL, Individually and as Director of Juvenile Hall, SAN FRANCISCO POLICE OFFICER JACQUELINE SELINGER #1302, SAN FRANCISCO POLICE OFFICER #1770, SAN FRANCISCO POLICE SERGEANT LEE #2171, SAN FRANCISCO POLICE SERGEANT THORNE #2120, OFFICER NEIL, and DOES 1-20, Jointly and Severally,<br><br>Defendants. | Case No. C04-4914 MJJ<br><br>**STIPULATION AND [PROPOSED] ORDER MODIFYING ORDER RE MINOR'S COMPROMISE** |

1  The Court hereby modifies its "Order Approving Minor's Compromise" dated September 7,
2  2007 as follows:
3  The Court, having reviewed the submissions of Plaintiff seeking approval of the minor's
4  compromise and the record in this matter, hereby determines the proposed minor's compromise to be
5  in the interests of the Minor Plaintiff as proposed.
6  Subject to final approval by the San Francisco Board of Supervisors, within forty- five to sixty
7  (45-60) days after entry of this Order, or sooner if possible, Defendants shall cause to be issued a
8  check made payable to 'Haddad & Sherwin Attorney Client Trust Account' in the amount of $35,000,
9  from which the following disbursements shall be made:

- $16,693.76 to Haddad & Sherwin as reimbursement of case costs incurred;
- $4,576.56 to Haddad & Sherwin as attorneys' fees;
- $3,000.00 to Melba Doe, for the benefit of Marie Doe;
- $10,729.68 to Wells Fargo Bank, for the benefit of Marie Doe, to be distributed to Marie Doe, with interest then accrued, on her 18th birthday.

The undersigned parties, through counsel, AGREE and STIPULATE that, with the approval of the Court, the modified order above shall replace the Court's "Order Approving Minor's Compromise" dated September 7, 2007.

AGREED and STIPULATED:

Dated: September 12, 2007

DENNIS J. HERRERA
City Attorney
JOANNE HOEPER
Chief Trial Attorney
DAVID B. NEWDORF
ROBERT A. BONTA
Deputy City Attorneys


By:        /s/
     DAVID B. NEWDORF
  Attorneys for Defendants

HADDAD & SHERWIN

By:_____/s/_____
JULIA SHERWIN
Attorneys for Plaintiff

### **ORDER**

Pursuant to stipulation, it is ORDERED that the modified order above shall replace the Court's "Order Approving Minor's Compromise" dated September 7, 2007.

IT IS SO ORDERED.

Date: 09/28/07



HON. MARTIN J. JENKINS
U.S. District Judge