IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

MARIE DOE, et al.,

        Plaintiffs,

  v.

CITY AND COUNTY OF SAN FRANCISCO, et al.,

        Defendants
                              /

No. C-04-4914 MMC

**ORDER DISMISSING ACTION**

       On June 29, 2007, the above-titled action was dismissed in light of the parties' having informed the Court[1] they had reached a settlement of all claims in this matter. On August 24, 2007, the Court reinstated the matter for the purpose of considering plaintiffs' motion to approve a compromise of the minor plaintiff's claims. On September 11, 2007, the Court granted plaintiffs' motion to approve the minor's compromise, and, by order filed October 1, 2007, modified its order granting plaintiff's motion to approve the minor's compromise.

       The compromise of plaintiff's claims having been approved, the action is hereby DISMISSED in light of the parties' settlement.

       **IT IS SO ORDERED.**

Dated: April 8, 2008

                                     MAXINE M. CHESNEY
                                     United States District Judge

---

[1] The matter was reassigned to the undersigned on April 7, 2008.